*Monday, April 17, 1995*

## MOTION DOCKET

**95–638.** Thurn v. Cuyahoga Cty. Bd. of Elections. This cause originated in this court upon the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of respondent's answer and motion for summary judgment and the motion for leave to intervene of North Royalton Residents Involvement Committee,

IT IS ORDERED by the court that relator's original action in mandamus be treated as an original action in prohibition and, upon consideration thereof, an alternative writ is granted and the following briefing schedule is set for the presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present on or before April 20, 1995; relator's brief shall be filed on or before April 20, 1995; respondent's brief shall be filed on or before April 24, 1995; and relator's reply brief, if any, shall be filed on or before April 27, 1995.

IT IS FURTHER ORDERED by the court that the motion for leave to intervene be, and hereby is, denied.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., would grant the motion for leave to intervene.

## MISCELLANEOUS DISMISSALS

**94–1841.** State ex rel. Apanovitch v. Cleveland. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–731.** State v. Mason. *Hamilton County,* Nos. C–900859 and C–900860. Appellant has filed an untimely appeal of the court of appeals' decision affirming the trial court's dismissal of his petition for post-conviction relief and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte,* that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, April 19, 1995*

## MOTION DOCKET

**95–274.** State ex rel. Barclays Bank PLC v. Hamilton Cty. Court of Common Pleas. In Prohibition. On request for oral argument. Request granted.

COOK, J., dissents.

*Sua sponte,* leave granted to substitute briefs.

**95–382.** State ex rel. Quirke v. Patriarca. *Lake County,* No. 94–L–161. On motion to remove and seal results of election. Motion granted.

**95–650.** Kulch v. Structural Fibers, Inc. *Geauga County,* No. 93–G–1824. On motion for stay of execution ruling on certification pending decision in 94–405, *State ex rel. Holman v. Longfellow Restaurant,* Franklin County, No. 94APD02–230. Motion granted.

DOUGLAS, J., dissents.